IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TANGELA DAVIS BOSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: 1:07-cv-663-MEF |
| | ) |
| THE HARTFORD INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

PLAINTIFF'S CONFLICT DISCLOSURE STATEMENT

COMES NOW Plaintiff in compliance with the Court's Order requiring parties to file a statement identifying parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities that could potentially pose a financial or professional conflict for a Judge, and hereby certifies there are no reportable relationships.

/s/ Dan Talmadge
Dan Talmadge (TAL013)
Attorney for Plaintiff
MORRIS, CARY, ANDREWS
TALMADGE, JONES & DRIGGERS, LLC
Post Office Box 1649
Dothan, Alabama 36302
Telephone: (334) 792-1420
Facsimile: (334) 673-0077
Email: dtalmadge@mcatlaw.com

CERTIFICATE OF SERVICE

      I hereby certify that I have this 23rd day of July 2007, served a copy of the foregoing by electronic service or by placing a copy of same in the United States mail, postage prepaid and addressed properly to the following:

Meredith Jowers Lee, Esq.
Brennan C. Ohme, Esq.
Bert S. Nettles, Esq.
HASKELL SLAUGHTER & YOUNG, LLC
2001 Park Place North
1400 Park Place Tower
Birmingham, AL 35203

                                                          /s/ Dan Talmadge
                                                          Dan Talmadge