**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **TANGELA DAVIS BOSTON,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | |
| ) | **1:07-CV-663** |
| **THE HARTFORD INSURANCE** ) | |
| **COMPANY,** ) | |
| ) | |
| **Defendants.** | |

## CORPORATE DISCLOSURE STATEMENT

Defendant Property and Casualty Insurance Company of Hartford ("P&C") (incorrectly identified in the Complaint as "The Hartford Insurance Company") is a wholly owned subsidiary of Hartford Financial Services Group, Inc.

Respectfully submitted this the 24th day of July, 2007.

 _/s/ Meredith Jowers Lees_
 One of the Attorneys for Defendant

**Of Counsel:**

**Bert S. Nettles  ASB-5850-S63B**
**Brennan C. Ohme  ASB-8419-M70B**
**Meredith Jowers Lees  ASB-8103-M71J**
HASKELL SLAUGHTER & YOUNG, L.L.C.
2001 Park Place North
1400 Park Place Tower
Birmingham, Alabama 35203
(205)  251-1000
(205) 324-1133 (FAX)
bsn@hsy.com
bco@hsy.com
mjl@hsy.com

## CERTIFICATE OF SERVICE

      I certify that on July 24, 2007, a copy of the foregoing was served in the manner indicated below on the following counsel of record:

| | | |
|---|---|---|
| Mr. Dan Talmedge | [ ] | by Hand Delivery |
| MORRIS, CARY, ANDREWS, | [X] | by U.S. mail properly addressed and postage pre-paid |
| TALMEDGE & JONES LLC | [ ] | by facsimile transmission |
| P.O. Box 1649 | [X] | by PACER electronic filing |
| Dothan, Alabama 36302 | | |

                                                                                                            /s/ Meredith Jowers Lees  
                                                                                                             Of Counsel