IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TANGELA DAVIS BOSTON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:07-cv-663-MEF |
| | ) |
| THE HARTFORD INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #2) filed on July 23, 2007, it is hereby ORDERED that:

1. The plaintiff file a response which shall include a brief and any evidentiary materials on or before August 8, 2007.

2. The defendants may file a reply brief on or before August 15, 2007

DONE this the 1st day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE