IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TANGELA DAVIS BOSTON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:07-cv-663-MEF |
| | ) |
| THE HARTFORD INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #8) filed on August 15, 2007, it is hereby

ORDERED that the defendant file its response which shall include a brief and any evidentiary materials on or before September 4, 2007. The plaintiff may file a reply brief on or before September 11, 2007.

DONE this the 20th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE