IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TANGELA DAVIS BOSTON,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | CIVIL ACTION NO. |
| v.  ) | |
| ) | 1:07-CV-663-MEF |
| THE HARTFORD INSURANCE  ) | |
| COMPANY,  ) | |
| ) | |
| Defendants.  ) | |

## REQUEST FOR ORAL ARGUMENT

Defendant, Property and Casualty Insurance Company of Hartford ("P&C") (incorrectly identified as "The Hartford Insurance Company" in the Complaint), respectfully requests that the Court set a hearing so that oral arguments may be offered on Defendant's Motion to Dismiss and Defendant's Opposition to Plaintiff's Motion to Remand.

Respectfully submitted this the 19TH day of September, 2007.

*s/ Meredith Jowers Lees*
One of the Attorneys for Defendant

**Of Counsel:**
**Bert S. Nettles  ASB-5850-S63B**
**Brennan C. Ohme  ASB-8419-M70B**
**Meredith Jowers Lees  ASB-8103-M71J**

HASKELL SLAUGHTER & YOUNG, L.L.C.
2001 Park Place North
1400 Park Place Tower
Birmingham, Alabama 35203
(205) 251-1000
(205) 324-1133 (FAX)
bsn@hsy.com
bco@hsy.com
mjl@hsy.com

## **CERTIFICATE OF SERVICE**

I certify that on September 19, 2007, a copy of the foregoing was served in the manner indicated below on the following counsel of record:

| | | |
|---|---|---|
| Mr. Dan Talmedge | [ ] | by Hand Delivery |
| MORRIS, CARY, ANDREWS, | [ ] | by U.S. mail properly addressed and postage pre-paid |
| TALMEDGE & JONES LLC | [ ] | by facsimile transmission |
| P.O. Box 1649 | [X] | by ECF filing |
| Dothan, Alabama 36302 | | |

*/s/ Meredith Jowers Lees*
Of Counsel

2